# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-3510

Andre L. Williams

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Southern District of Iowa - Des Moines
(4:11-cv-00029-JAJ)

_____

**MANDATE**

In accordance with the judgment of 12/20/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 20, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit